AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-mj-15118 |
| LaMonica McIver | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LaMonica McIver                                                      .

Date:   05/21/2025                              /s/ Lee Cortes
                                                *Attorney's signature*

                                        Lee Cortes, 04199-2009
                                        *Printed name and bar number*

                                        One Gateway Center, Suite 1025
                                        Newark, NJ 07102

                                        *Address*

                                        Lee.Cortes@arnoldporter.com
                                        *E-mail address*

                                        (973) 776-1853
                                        *Telephone number*

                                        *FAX number*