AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  25-mj-15118 |
| LaMonica McIver | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LaMonica McIver.

Date: 05/21/2025

/s/ Paul Fishman
*Attorney's signature*

Paul Fishman, 03661-1983
*Printed name and bar number*

One Gateway Center, Suite 1025
Newark, NJ 07102

*Address*

Paul.Fishman@arnoldporter.com
*E-mail address*

(973) 776-1901
*Telephone number*

*FAX number*