UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stacey D. Adams |
| v. | : | 2:25-mj-15118 |
| LaMONICA McIVER | : | <u>NOTICE OF APPEARANCE</u> |

      PLEASE TAKE NOTICE that Alina Habba, United States Attorney for the District of New Jersey, by Mark J. McCarren, Assistant U.S. Attorney (mark.mccarren@usdoj.gov), is appearing for the United States in the above-captioned matter.

                                                     ALINA HABBA
                                                     United States Attorney

                                                     <u>*s/ Mark J. McCarren*</u>

                                                     By:  MARK J. McCARREN
                                                         Assistant U.S. Attorney

Dated:    May 23, 2025