# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

*Defendant*

MAGISTRATE JUDGE: _____

CASE NO. _____

DATE OF PROCEEDINGS: _____

DATE OF ARREST: _____

**PROCEEDINGS:** _____

- COMPLAINT
- ADVISED OF RIGHTS
- COMMITMENT TO ANOTHER DISTRICT
- APPT. OF COUNSEL: _____ AFPD _____ CJA
- PRELIMINARY HEARING WAIVED ON THE RECORD
- CONSENT TO VIDEO VIA ZOOM
- PLEA ENTERED: _____ GUILTY _____ NOT GUILTY
- IDENTITY HEARING WAIVED ON THE RECORD
- RULE 11 FORM
- FINANCIAL AFFIDAVIT EXECUTED
- OTHER: _____

- ORDER OF DETENTION
- CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- BAIL SET: _____
  - UNSECURED BOND
  - SURETY BOND SECURED BY CASH/PROPERTY
- BRADY ORDER ON THE RECORD
- DRUG TESTING AND/OR TREATMENT
- MENTAL HEALTH TESTING AND/OR TREATMENT
- SURRENDER AND/OR OBTAIN NO PASSPORT
- SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- PRELIMINARY/REMOVAL HRG.
- DETENTION/BAIL HRG.
- TRIAL: _____ COURT _____ JURY
- SENTENCING
- OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: _____

DEFT. COUNSEL: _____

PROBATION: _____

INTERPRETER _____
   Language: _____

TIME COMMENCED: _____
TIME TERMINATED: _____
_____ ECR - DIANA DiTizii- CR- _____

_____
DEPUTY CLERK