# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Newark, NJ

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                               Case No.: 2:25−mj−15118−SDA

                                                          Magistrate Judge Stacey D. Adams

LAMONICA MCIVER

                              Defendant.

## ORDER

    Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on 5/21/2025, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

                                             May 21, 2025         s/ Magistrate Judge Stacey D. Adams

                                                     DATED                United States Magistrate Judge